UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNICAL LED INTELLECTUAL PROPERTY, LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>REVOGI, LLC,<br><br>          Defendant. | Case No. 18-cv-03827-JSC<br><br>**ORDER RE: DEFENDANT REVOGI, LLC** |

Plaintiff filed this patent infringement action on June 27, 2018, (Dkt. No. 1), and served Summons on Defendant Revogi, LLC on July 3, 2018, (Dkt. No. 9). On July 17, 2018, "Jun Meng, Defendant in pro per" mailed an Answer to Plaintiff, but did not file the Answer with the Court. (*See* Dkt. Nos. 20.) Plaintiff's subsequent attempts to contact Jun Meng have failed. (*See id.*)

On October 18, 2018, Jun Meng filed with the Court an Answer to Plaintiff's complaint, as "Defendant in Pro Per For Revogi, LLC." (Dkt. No. 22.) However, a corporation cannot be represented by a non-attorney. *See* Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."); *see also Rowland v. California Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 202 (1993) ("[A] corporation may appear in the federal courts only through licensed counsel.") Accordingly, Revogi, LLC cannot proceed in this action without counsel.

**IT IS SO ORDERED.**

Dated: October 22, 2018

JACQUELINE SCOTT CORLEY
United States Magistrate Judge