1

2

3

4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    TECHNICAL LED INTELLECTUAL            Case No. 18-cv-03827-JSC
     PROPERTY, LLC,

8                    Plaintiff,            **ORDER RE: PLAINTIFF'S MOTION
                                           FOR DEFAULT JUDGMENT**
9          v.
                                           Re: Dkt. No. 26
10   REVOGI, LLC,

11                   Defendant.

12

13          On October 11, 2018, the Court instructed Plaintiff via a text-only docket entry to "file a

14   motion for default judgment by December 13, 2018." (Dkt. No. 21.)  Implicit in that instruction

15   was the requirement under Federal Rule of Civil Procedure 55(a) that Plaintiff would first seek the

16   Clerk's entry of default.  *See* William W. Schwarzer, A. Wallace Tashima, James M. Wagstaffe,

17   *Federal Civil Procedure Before Trial* § 6:36, at 6-7 (2003) ("Entry of default is the essential first

18   step to obtaining a default judgment for failure to respond."); *see also* Fed. R. Civ. P. 55(a)

19   ("[T]he clerk shall enter the party's default.").  Plaintiff did not do so before filing its motion for

20   default judgment on December 4, 2018, (Dkt. No. 26).  Because the Court cannot rule on

21   Plaintiff's motion prior to the Clerk's entry of default, the motion is procedurally improper.

22          Accordingly, the Court DISMISSES Plaintiff's motion without prejudice to refiling after

23   Plaintiff obtains the Clerk's entry of default.  The Court VACATES the current hearing on

24   Plaintiff's motion for default judgment scheduled for January 10, 2019.  Plaintiff shall refile its

25   motion and notice a new hearing date upon entry of default by the Clerk.

26          **IT IS SO ORDERED.**

27   Dated: December 12, 2018

28

United States District Court
Northern District of California

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28